UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FIRST TIME VIDEOS, LLC,**

    **Plaintiff,**

v.                                          Case No.: 8:12-cv-1686-T35-AEP

**PAUL OPPOLD**

    **Defendant.**

_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion to Transfer Venue to the Middle District of Florida, Orlando Division (Dkt. 11). Defendant does not oppose Plaintiff's motion. See (Dkt. 14, p. 9.) Upon consideration of all relevant filings, case law, and being otherwise fully advised, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Transfer Venue to the Middle District of Florida, Orlando Division (Dkt. 11) is **GRANTED**.

2. This case shall be **TRANSFERRED** to the Middle District of Florida, Orlando Division.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of October 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record

Any Unrepresented Parties